# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**STEVEN THOMAS PENTHENY,**

   *Plaintiff*,

v.                                    Case No.: 4:25cv166-MW/MAF

**STATE OF FLORIDA,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. Plaintiff's complaint, ECF No. 1, construed as a § 2254 action, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall take all steps necessary to transfer this case and close the file.

**SO ORDERED on May 12, 2025.**

                                                  *s/Mark E. Walker*
                                                **Chief United States District Judge**